**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed September 25, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-00836-CR
NO. 14-12-00837-CR

---

### EX PARTE LEROY D. MCCOOK, Relator

---

**ORIGINAL PROCEEDING
WRIT OF HABEAS CORPUS
262nd District Court
Harris, Texas
Trial Court Cause Nos. 1303398 & 1303399**

---

## MEMORANDUM OPINION

On September 10, 2012, relator Leroy D. McCook filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to lower the amount of his bond pending appeal.

Relator was convicted of possession of marijuana and unlawful possession of a firearm and sentenced to seven years' confinement in the Institutional Division of the Texas Department of Criminal Justice. He has appealed his convictions to this court. According to the petition, the trial court set his appeal bond at $50,000 in each case, which he alleges is excessive. He asks this court to reduce his bond to an amount he can afford and release him from custody.

We are unable to consider relator's petition because our authority to entertain petitions for writ of habeas corpus extends solely to the actions of judges in civil cases. See Tex. Gov't Code Ann. § 22.221(d). Our habeas corpus jurisdiction in criminal matters is appellate only, and we may not exercise original jurisdiction. *See Ex Parte Denby*, 627 S.W.2d 535, 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding). Therefore, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.

Do Not Publish — TEX. R. APP. P. 47.2(b).